UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES NATHANIEL WATTS,<br><br>    Defendant. | Case No. 14-cr-40063-JPG |

## MEMORANDUM AND ORDER

    This matter comes before the Court on the motion for leave for attorney John J. O'Gara to withdraw as counsel for defendant James Nathaniel Watts in this case (Doc. 301) and the motion for approval of attorney Robert L. Tucker as "learned counsel" pursuant to 18 U.S.C. § 3005 (Doc. 309).

    In light of the fact that O'Gara has been appointed to a judicial position, the Court sadly **GRANTS** the motion for leave to withdraw (Doc. 301) and wishes O'Gara the greatest success in this new chapter of his career.

    O'Gara's departure from this case requires the Court to examine whether remaining counsel satisfy the requirement of 18 U.S.C. § 3005 that at least one of Watts' counsel be learned in the law applicable to capital cases.   The Court has reviewed the motion seeking to find Tucker qualified as "learned counsel" and Tucker's attached *curriculum vitae*, and has considered Federal Public Defender Phillip J. Kavanaugh's recommendation that Tucker be found so qualified. Based on this information, the Court finds Tucker is learned in the law applicable to capital cases under 18 U.S.C. § 3005 and accordingly, **GRANTS** the motion (Doc. 309).

**IT IS SO ORDERED.**
**DATED:   April 6, 2016**

                                                            s/ J. Phil Gilbert
                                                            **J. PHIL GILBERT**
                                                            **DISTRICT JUDGE**