IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 14-cr-40063-JPG |
| JAMES NATHANIEL WATTS, | : |
| Defendant. | : |

## MEMORANDUM AND ORDER

On June 29, 2016, the Court entered an order granting the Government's motion to evaluate defendant James Nathaniel Watts for intellectual disability but reserving ruling on the issue of whether that evaluation could include administration of the MMPI (Doc. 358).  Since then, the Court has reviewed the declarations of Dr. Daniel J. Reschly, Watts' expert (Doc. 351), and Dr. Robert L. Denney, the Government's expert (Doc. 356-1), and finds that there is a sufficient basis to find that the MMPI is relevant to the determination of whether Watts' is intellectually disabled as understood in *Atkins v. Virginia*, 536 U.S. 304 (2002), and *Hall v. Florida*, 134 S. Ct. 1986 (2014).  Accordingly, the Court **ORDERS** that, as part of his evaluation of Watts, Dr. Denney shall be permitted to administer the MMPI in the form he deems most appropriate for his intellectual disability assessment and in a manner appropriate for a subject with Watts' reading level.  The admissibility and weight to be given to the results of the MMPI, or any derivative conclusions drawn therefrom, can be argued at the hearing on Watts' motion to dismiss the notice of intent to seek the death penalty (Doc. 319) currently set for October 24, 2016.

**DATED:  June 30, 2016**

s/ J. Phil Gilbert
**J. PHIL GILBERT
United States District Judge**