# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>vs.<br><br>JAMES NATHANIEL WATTS<br><br>Defendant(s) | Case Number:  14 CR 40063 JPG |

### ORDER

The parties having acknowledged the need to delay certain deadlines in this case, the Court hereby **ENTERS** the attached Second Amended Scheduling Order for the remaining dates in this case.  Parties may move to extend deadlines for good cause.  Motion hearing dates referenced in that order continue to be tentative and will be definitively set, if appropriate, by separate Court order.

**IT IS SO ORDERD.**
**DATED:  June 30, 2016**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**

U.S. v. James Nathaniel Watts
14 CR 40063 JPG

Second Amended Scheduling Order[1]

| | |
|---|---|
| July 1, 2016 | Third round of motions due<br>- Motions regarding jury selection procedures, voir dire process, death qualification, etc.<br>- Both parties to disclose all non-mental health rebuttal expert information<br>- Jury Selection Procedures, including Death Qualification<br>- Voir Dire Process (attorney conducted, etc.) |
| August 1, 2016 | Third round responses due<br>Daubert challenges from both parties as to guilt phase<br>**Parties to submit:**<br>    **Stipulated and non-stipulated questions for jurors**<br>    **Proposed Jury Selection Procedures** |
| August 15, 2016 | Third round of replies due |
| August 26, 2016 | Hearing on third round of motions |
| **September 1, 2016** | **Response to challenges concerning Intellectual Disability and Mental Illness due**<br>**Objections to non-stipulated juror questions due** |
| **September 30, 2016** | **Reply to response to challenges concerning Intellectual Disability and Mental Illness due** |
| October 7, 2016 | Motions in Limine due |
| **October 24, 2016** | **Hearing on challenges concerning Intellectual Disability and Mental Illness** |
| November 4, 2016 | Notice of Expert Evidence of Mental Condition Pursuant to FRCP 12.2 Due by both Government and Defense for penalty phase of trial |
| November 7, 2016 | Responses to Motions in Limine Due |
| December 6, 2016 | Jury Instructions Due<br>Proposed Voir Dire Questions Due |
| December 13, 2016 | Replies to Motions in Limine due<br>Trial Memoranda and/or Statements of the Case due |
| December 20, 2016 | Pretrial Conference<br>- Hearing on Motions in Limine<br>- Hearing on Parties' Motions to Strike Jurors for Cause Based upon Juror Questionnaire<br>Jury-Instruction Conference<br>List of witnesses and addresses pursuant to 18 U.S.C. § 3432 due from government<br>Under Seal filing of Government's Jenck's Act materials |
| January 4, 2017 | Final Pretrial Conference |

---

[1]     The amendments are in bold.

| | |
|---|---|
| January 5, 2017 | Jury Orientation |
| January 9, 2017 | Individual Voir Dire Begins |
| January 23, 2017 | Trial |