UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 14-cr-40063-JPG |
| JAMES NATHANIEL WATTS, | |
| Defendant. | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the *ex parte* motion for appointment of the Federal Community Defender Office for the Eastern District of Pennsylvania as third counsel for defendant James Nathaniel Watts pursuant to 18 U.S.C. § 3599(a)(1) (Doc. 414). Specifically, Assistant Federal Public Defender Peter Williams of the Community Defender Office would enter his appearance in this case for Watts. Watts' current counsel seek a determination of Williams' qualifications to represent the defendant in this capital case and have submitted Williams' resume.

Having reviewed those documents and considered the seriousness of the possible penalty and the unique and complex nature of this litigation, the Court **GRANTS** the motion (Doc. 414) and **CERTIFIES** that exceptional circumstance and good cause exist for appointment of the Federal Community Defender Office for the Eastern District of Pennsylvania pursuant to 18 U.S.C. § 3599(d) in that Williams' background, knowledge and experience in defending capital cases would enable him to properly represent the defendant, along with the defendant's current two counsel. Accordingly, the Court **APPOINTS** the Federal Community Defender Office for the Eastern District of Pennsylvania to represent the defendant. Williams shall have up to and including September 9, 2016, to file a notice of appearance on Watts' behalf. Williams shall have free access to the defendant at all reasonable hours.

In light of this appointment, the Court **GRANTS** the defendant's *ex parte* motion to withdraw (Doc. 415) a prior motion for appointment of third counsel and orders that the earlier motion (Doc. 341) is **WITHDRAWN**.

**IT IS SO ORDERED.**
**DATED:   August 30, 2016**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**