IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>JAMES NATHANIEL WATTS,<br><br>             Defendant. | Case No. 14-cr-40063-JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court on defendant James Nathaniel Watts's motion to dismiss the Indictment due to the systematic exclusion of African-Americans from the grand jury venire and to the violation of the Jury Plan for the Southern District of Illinois in the selection of the grand jury (Doc. 153).  In the motion, Watts concedes that he did not, at the time the motion was filed, have sufficient information regarding jury selection in this district to fully support his motion.  The Government has responded to the motion (Doc. 194) arguing that the motion is premature since Watts did not have sufficient information at the time to properly support his motion.  Watts has replied to that response (Doc. 204) arguing that his motion was not premature but must have been filed when it was to comply with the scheduling order set by the Court.

The parties agree it would be helpful to set new deadlines for additional briefing.  The Court notes that Watts was provided with jury selection disclosures from the Court pursuant to 28 U.S.C. § 1867(f) in late January 2016.  Thus, Watts has had ample time to review those disclosures and now has sufficient information to support his challenge to the grand jury that indicted him.  The Court therefore **ORDERS** that Watts shall have up to and including December 16, 2016, to file a supplement to his motion, which shall include all arguments he wishes to pursue in this motion.  The Government shall have up to and including December 30, 2016, to file a

supplement to its response, and that Watts shall have up to and including January 6, 2017, to file a supplement to its reply.   The Court **RESERVES RULING** on Watts's motion (Doc. 153) pending the supplemental briefing.

**IT IS SO ORDERED.**
**DATED:   November 21, 2016**

                                              s/ J. Phil Gilbert
                                              **J. Phil Gilbert**
                                              **United States District Judge**