IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :  Case No. 14-cr-40063-JPG |
| | : |
| JAMES NATHANIEL WATTS | : |
| | : |
| Defendant. | : |

**MEMORANDUM AND ORDER**

This matter comes before the Court for case management purposes.  The Court is considering whether to seal the hearing on defendant James Nathaniel Watts's motion to strike the notice of intent to seek the death penalty on the grounds that he is intellectually disabled (Doc. 319).  The Court notes that Court proceedings are presumptively open to the public.  *See Press-Enterp. Co. v. Superior Court*, 464 U.S. 501, 508-10 (1984);  *Richmond Newspapers v. Virginia,* 448 U.S. 555, 578 (1980); *Nixon v. Warner Commc'ns*, 435 U.S. 589, 597-99 (1978); *Jessup v. Luther*, 227 F.3d 993, 997 (7th Cir. 2000).  "Closed proceedings, although not absolutely precluded, must be rare and only for cause shown that outweighs the value of openness."  *Press-Enterp.*, 464 U.S. at 509.  If access to court proceedings is limited, the restriction must be narrowly tailored to preserve the interest that outweighs public access.  *Id.* at 510.

One cause that could possibly outweigh the value of openness is the defendant's right to a fair trial by a jury selected from an impartial jury pool.  "[T]he right of an accused to fundamental fairness in the jury selection process is a compelling interest."  *Id.* at 511.  By sealing the hearing, the Court would prevent exposing potential jurors to publicity containing information about the defendant and this case before the trial that could impair their ability to be fair and impartial jurors.

In light of these conflicting interests, the Court **ORDERS** that a hearing be held on this matter on February 8, 2017, in Benton, Illinois at 9:30 a.m.  The parties should be prepared to address their positions on the sealing issue, including alternatives to closure that would protect the relevant interests in this case.

**IT IS SO ORDERED.**
**DATED:  February 2, 2017**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT COURT**